IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02361-BNB

JOHN WILLIAM ZIMMERMAN,

Plaintiff,

v.

[NO NAMED DEFENDANT],

Defendant.



FILED
UNITED STATES DISTRICT COURT
DENVER

NOV 20 2009

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Plaintiff, John William Zimmerman, attempted to initiate this action by submitting to the Court *pro se* a document titled "Conditional Acceptance (CAFV) - Request for Proof of Claim as to the Staus [sic] of Monetary Conditions Within the State of Colorado to Pay Debts at Law, Jurisdiction and Other Matters, Constituting Agreement." The Court reviewed the document and determined it was deficient. Therefore, in an order filed on October 2, 2009, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Zimmerman to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The October 2, 2009, order pointed out that Mr. Zimmerman failed to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The October 2 order also pointed out that Mr. Zimmerman failed to submit a complaint on the proper, Court-approved form. The order warned Mr. Zimmerman that if he failed

to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice.

On October 28, 2009, apparently in response to the October 2, 2009, order to cure, Mr. Zimmerman submitted a document titled "Affidavit of Notice of Default." However, he has failed within the time allowed to cure the deficiencies designated in the October 2 order. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure.

DATED at Denver, Colorado, this 19 day of Nov., 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02361-BNB

John William Zimmerman
12715 SW 53 Rd.
Topeka, KS 66610

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/20/09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk